**PLAINTIFF:**

**Adam Banaczyk**
1939 STOKES CHAPEL RD
ELKTON, KY 42220
Phone: **270-348-3938**
Email: **banaczyk27@yahoo.com**

**DEFENDANT:**
**Amerimed Emergency Medical Services, Inc.**
4908 Golden Parkway, Suite 110
Buford, GA 30518

FILED

2025 NOV 17 AM 8:44

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## I. BASIS OF JURISDICTION (Check One):

☒ 1. Federal Question (U.S. Government Not a Party)

## II. CITIZENSHIP OF PRINCIPAL PARTIES:

(Not required for Federal Question cases)
☒ N/A

## III. NATURE OF SUIT (Check One):

☒ **442 – Civil Rights: Employment (Title VII)**
(Discrimination, Hostile Work Environment, Retaliation)

## IV. ORIGIN:

☒ 1. Original Proceeding

## V. CAUSE OF ACTION:

**Title VII of the Civil Rights Act of 1964 – Sex discrimination, hostile work environment, and retaliation.**
Plaintiff brings action under 42 U.S.C. §2000e.

## VI. REQUESTED IN COMPLAINT:

☒ Jury Trial Requested

Relief sought: Back pay, front pay, compensatory damages, punitive damages, reinstatement or future wage compensation.

## VII. RELATED CASES:

☒ None

## VIII. SIGNATURE:

/s/ Adam Banaczyk

Date: _____

11/14/25